UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
ARLEN PAUL ODEGARD,            ) CASE NO. CV 11-993-PA (PJW)
                               )
          Petitioner,          )
                               ) J U D G M E N T
     v.                        )
                               )
JOSEPH OTTING, ET AL.,         )
                               )
          Respondents.         )
_____)
```

Pursuant to the Order Dismissing Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 16, 2011.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~3226149.wpd